UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

MICHAEL OLOWO-AKE, SR., ADMINISTRATOR OF THE
ESTATE OF MICHAEL OLOWO-AKE, JR., DECEASED, ET AL.     PLAINTIFFS

VS.                             CIVIL ACTION NO.: 3:12-cv-00227-CWR-FKB

EMERGENCY MEDICAL SERVICE CORPORATION,
AMERICAN MEDICAL RESPONSE INC., CHEVRON USA INC.,
NORTH STATE CENTER, LLC, GOODWAY
MANAGEMENT, INC.                                          DEFENDANTS

**AGREED ORDER OF DISMISSAL**

Having come on for hearing before this Court on the joint motion of the Plaintiffs and certain Defendants for the dismissal of this matter as to CHEVRON USA INC. and NORTH STATE CENTER, LLC, this Court finds said dismissal proper and that the parties to this action have agreed and, therefore, a dismissal without prejudice is in order and should be granted as to any and all claims by the Plaintiffs as against CHEVRON USA INC. or against NORTH STATE CENTER, LLC.

IT IS THEREFORE ORDERED that the above referenced action is hereby dismissed without prejudice as to all claims against CHEVRON USA INC. and against NORTH STATE CENTER, LLC.

SO ORDERED on the 6th day of September, 2013.

s/Carlton W. Reeves
UNITED STATES DISTRICT JUDGE

Agreed:

s/ James D. Holland
James D. Holland, MSB#2517
Adam V. Griffin, MSB#103560
Page, Kruger & Holland, P.A.
Post Office Box 1163
Jackson, Mississippi 39215

s/Terris C. Harris
Dennis C. Sweet, III, MSB#8105
Terris C. Harris, MSB#99433
Sweet & Associates
158 East Pascagoula Street
Jackson, Mississippi 39201