IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL OLOWO-AKE, SR., ADMINISTRATOR OF THE ESTATE OF MICHAEL OLOWO-AKE, JR., AND ON BEHALF OF ALL OF THE HEIRS AT LAW AND WRONGFUL DEATH BENEFICIARIES OF MICHAEL OLOWO-AKE, JR., DECEASED** | **PLAINTIFF** |
| V. | CAUSE NO. 3:12-CV-227-CWR-FKB |
| **EMERGENCY MEDICAL SERVICES CORPORATION, AMERICAN MEDICAL RESPONSE, INC., AND JOHN DOES 1-10** | **DEFENDANTS** |

## FINAL JUDGMENT

Pursuant to this Court's Order [Docket No. 133] DENYING the plaintiff's motion for reconsideration [Docket No. 131], the Court finds that a Final Judgment is now appropriate..

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause is dismissed with prejudice.

**SO ORDERED**, this the 5th day of June, 2015.

                                                         s/ Carlton W. Reeves
                                                    UNITED STATES DISTRICT JUDGE